IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joaquin Perez Nunez,<br><br>        Petitioner,<br><br>vs.<br><br>Katrina Kaine, ICE Field Office Director,<br><br>        Respondent. | No. CIV 07-1295-PHX-PGR (DKD)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE PAUL G. ROSENBLATT, UNITED STATES DISTRICT JUDGE:

      On July 3, 2007, Joaquin Perez Nunez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, contending that immigration officials are holding him in detention pending his removal to the Dominican Republic, but that his removal cannot be effected. He argues that he is entitled to immediate release from custody because his indefinite detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On August 13, 2007, the District Court ordered Respondent to answer the petition (Doc. #3). On August 20, 2007, a copy of the Court's August 13 Order was returned as undeliverable, with the notation "Unclaimed/Not in custody" (Doc. #7).

      **IT IS THEREFORE RECOMMENDED** that Joaquin Perez Nunez's petition for writ of habeas corpus be **DENIED** and **DISMISSED as moot** (Doc. #1).

      This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

1 Appellate Procedure, should not be filed until entry of the district court's judgment.  The
2 parties shall have ten days from the date of service of a copy of this recommendation within
3 which to file specific written objections with the Court.  *See*, 28 U.S.C. § 636(b)(1); Rules
4 72, 6(a), 6(e), Federal Rules of Civil Procedure.  Thereafter, the parties have ten days within
5 which to file a response to the objections.  Failure timely to file objections to the Magistrate
6 Judge's Report and Recommendation may result in the acceptance of the Report and
7 Recommendation by the district court without further review.  *See United States v. Reyna-*
8 *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Failure timely to file objections to any factual
9 determinations of the Magistrate Judge will be considered a waiver of a party's right to
10 appellate review of the findings of fact in an order or judgment entered pursuant to the
11 Magistrate Judge's recommendation.   *See* Rule 72, Federal Rules of Civil Procedure.

12 DATED this 21st day of August, 2007.

_____
David K. Duncan
United States Magistrate Judge

- 2 -