**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joaquin Perez Nunez,<br><br>        Petitioner,<br>vs.<br><br>Katrina Kaine, ICE Field Office Director,<br><br>        Respondent. | No. CV-07-1295-PHX-PGR (DKD)<br><br>ORDER |

Pending before the Court is the Report and Recommendation of Magistrate Judge Duncan, wherein he recommends that this action, in which the petitioner alleges that his immigration detention is illegal, be dismissed as moot because mail sent to the petitioner by the Court has been returned as undeliverable due to the petitioner no longer being in custody. Having reviewed the Report and Recommendation *de novo*,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #9) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody, filed pursuant to 28 U.S.C. § 2241, is denied and that this action is dismissed as moot. The Clerk of the Court shall

1  enter judgment accordingly.
2      DATED this 4th day of October, 2007.

```
                    Paul G. Rosenblatt
                    United States District Judge
```